

MAY 2 9 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DAVONIA ALSANDOR | CIVIL ACTION NO. 13-CV-40 |
| VERSUS | JUDGE HAIK |
| D.R. HORTON, INC.-GULF COAST | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the Motion to Compel Arbitration is GRANTED, and Plaintiff is ordered to submit this matter to arbitration.

**IT IS FURTHER ORDERED** that the matter be *administratively closed*, without prejudice to the rights of the parties to file a motion to reopen the proceedings, if necessary, after completion of the arbitration process.

THIS DONE AND SIGNED on the 28th day of May, 2013.

Richard T. Haik, Sr.
United States District Judge